HANSON BRIDGETT LLP
MILES C. HOLDEN, SBN 263342
mholden@hansonbridgett.com
LINDA E. KLAMM, SBN 71506
lklamm@hansonbridgett.com
CAITLIN N. RABIYAN, SBN 333841
crabiyan@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:  (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Plaintiff
BAY BRIDGE CAPITAL PARTNERS LLC

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY BRIDGE CAPITAL PARTNERS LLC,,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY,<br><br>    Defendant. | Case No.:   2:24-cv-01378-DJC-CKD<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF FACT DISCOVERY**<br><br>Judge:  Hon. Daniel J. Calabretta |

   Pursuant to the stipulation: The new due date for the close of fact discovery in this matter shall be July 14, 2025.

   IT IS SO ORDERED.

Dated: April 25, 2025          /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE

1