HANSON BRIDGETT LLP
MILES C. HOLDEN, SBN 263342
mholden@hansonbridgett.com
LINDA E. KLAMM, SBN 71506
lklamm@hansonbridgett.com
CAITLIN N. RABIYAN, SBN 333841
crabiyan@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Plaintiff
BAY BRIDGE CAPITAL PARTNERS LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BAY BRIDGE CAPITAL PARTNERS LLC,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY ,<br><br>Defendant. | Case No. 2:24-cv-01378-DJC-CKD<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>Judge:   Hon. Daniel J. Calabretta |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a), IT IS SO ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing its own attorneys' fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: July 3, 2025            /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE